**Dismissed and Memorandum Opinion filed September 17, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00627-CV

### ROBERT H. BURROUGHS, Appellant

### V.

### GARY BURROUGHS, Appellee

**On Appeal from the Probate Court No 4
Harris County, Texas
Trial Court Cause No. 396,576-401**

## M E M O R A N D U M   O P I N I O N

On July 12, 2013, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before August 12, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Boyce, and Jamison.